**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 155 EAL 2017
                                          :
               Respondent        :
                                          :    Petition for Allowance of Appeal from
                                          :    the Order of the Superior Court
               v.                       :
                                          :
                                          :
SUMO DUKULAH,                       :
                                          :
               Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.